UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**BORIS NICKOLAEVICH SKUDNOV**                                    **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 1:12CV-71-M**

**COMMONWEALTH OF KENTUCKY CABINET**
**FOR HEALTH AND FAMILY SERVICES (CHFS)**              **DEFENDANT**

## MEMORANDUM OPINION

Plaintiff Boris Nickolaevich Skudnov initiated this action by filing a *pro se* "motion" for

hearing, federal investigation, and full compensation damages (DN 1).  By Order entered

June 26, 2012, the Court advised Plaintiff that his "motion" was missing pages and directed

Plaintiff, within 30 days, to file his complaint on a Court-supplied general complaint, to supply

the missing pages if he wanted the Court to consider them, and sign the complaint (DN 8).

The 30 days have passed, and review of the docket sheet reveals that Plaintiff has failed

to remedy the deficiencies in this action.  Consequently,

The Court will dismiss this action for failure to prosecute and for failure to comply with a

prior Order of this Court pursuant to Fed. R. Civ. P. 41(b).

Date:  October 24, 2012

*Joseph H. McKinley*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

cc:     Plaintiff, *pro se*
        Defendant
4414.005